DETERMINED IN THE

## FIRST DISTRICT

OF THE

# APPELLATE COURTS OF ILLINOIS

### DURING THE YEAR 1907.

---

### L. Schindler v. James Edwards et al.

#### Gen No. 13,780.

MUNICIPAL COURT—*when Appellate Court without jurisdiction of writ of error sued. out to review.* To review cases known under the Municipal Court Act as cases of the fourth class, writs of error must be sued out within thirty days after the entry of the final order or judgment complained of.

Application for supersedeas. Error to the Municipal Court of the city of Chicago; the Hon. JOHN HUME, Judge, presiding. Heard in this court at the March term, 1907. Dismissed. Opinion filed June 12, 1907.

WHITFIELD & WHITFIELD, for plaintiff in error.

No appearance for defendants in error.

PER CURIAM. The writ of error in this case is dismissed. It was sued out in the teeth of the statute, known as the Municipal Court Act, approved May 18, 1905, and in force after adoption by the legal voters of Chicago on November 7, 1905.

Section 23 of that Act, in speaking of cases of the fourth and fifth classes, previously described in the Act, provides that the time within which a writ of error may be sued out in any such case shall be limited

to thirty days after the entry of the final order or judgment complained of.

The cause involved here was of the "fourth class," as described in section 2 of the Act. The final judgment in the Municipal Court was on the 23rd day of April, 1907, as appears from the transcript of the record before us.

The writ of error was sued out on June 11, 1907— forty-nine days thereafter. We are without jurisdiction to consider the cause.

It is no matter of regret, however, as an inspection of the transcript has satisfied us that were the cause properly before us, we should refuse the *supersedeas* on the merits.

*Writ of error dismissed.*